IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02930-CMA-KLM

JOSEPH C. PADILLA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Vacate June 28, 2010 Settlement Conference** [Docket No. 30; Filed June 17, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for June 28, 2010 at 1:30 p.m. is **VACATED** and will be reset, if necessary, upon the joint request of the parties.


Dated: June 18, 2010